WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA2,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00395-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A PROPOSED DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2 ("BONY") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On March 8, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-830741-C [ECF No. 1-1];

2. On March 10, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On April 5, 2021, the Parties entered into a Stipulation to Stay Case and advised the Court the Parties saw potential for settling this matter and agreed to file a status report in ninety (90) days [ECF No. 7];

4. On July 6, 2021, the Parties filed a Joint Status Report advising the Court of the ongoing settlement discussions and requesting an additional sixty (60) days to pursue settlement [ECF No. 10];

5. On April 28, 2022, this Court issued a Minute Order requesting that the Parties file a status report or stipulation to continue the stay by May 5, 2022 [ECF No. 11];

6. On May 6, 2022, the Court ordered that the stay of the instant action shall be extended while the parties discuss potential settlement [ECF No. 14]. The Parties were ordered to file a Joint Status Report ninety (90) days after entry of the order. *Id.*;

7. On August 4, 2022, the Parties filed a Joint Status Report advising the Court of the ongoing settlement discussions and requesting an additional ninety (90) days to pursue settlement [ECF No. 15];

8. On November 2, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 16];

9. BONY's counsel is currently preparing for an oral argument therefore, the Parties are requesting an additional thirty-two (32) days, through and including January 3, 2023, to file their proposed discovery plan;

10. Counsel for NATIC does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

11. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 1st day of December, 2022. | DATED this 1st day of December, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Blvd, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendant, North American Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __2nd__ day of __December__, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE