WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA2,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00395-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A ~~PROPOSED~~ DISCOVERY PLAN**<br><br>**(Second Request)** |

Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2 ("BONY") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On March 8, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-830741-C [ECF No. 1-1];

2. On March 10, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On May 6, 2022, the Court ordered that the stay of the instant action shall be extended while the parties discuss potential settlement [ECF No. 14]. The Parties were ordered to file a Joint Status Report ninety (90) days after entry of the order. *Id.*;

4. On November 2, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 16];

5. On December 1, 2022, the Parties requested an extension until January 3, 2023 to submit their proposed discovery plan as BONY's counsel was preparing for an oral argument with the Ninth Circuit, which was granted by the Court [ECF No. 22];

6. The Parties request an additional thirty (30) day extension until February 2, 2023 to submit their proposed discovery plan, as BONY's counsel needs additional time to confer with its client in light of the recent holidays.

7. Counsel for NATIC does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2*

DATED this 3rd day of January, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant, North American Title Insurance Company*

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

DATED ____1-4-2023_____