WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA2,<br><br>        Plaintiff,<br>   vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>        Defendants. | Case No.:  2:21-cv-00395-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A ~~PROPOSED~~ DISCOVERY PLAN**<br><br>**(Third Request)** |

Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA2 Mortgage Pass-Through Certificates, Series 2006-OA2 ("BONY") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On March 8, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-830741-C [ECF No. 1-1];

2. On March 10, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On May 6, 2022, the Court ordered that the stay of the instant action shall be extended while the parties discuss potential settlement [ECF No. 14]. The Parties were ordered to file a Joint Status Report ninety (90) days after entry of the order. *Id.*;

4. On November 2, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 16];

5. On December 1, 2022, the Parties requested an extension until January 3, 2023 to submit their proposed discovery plan as BONY's counsel was preparing for an oral argument with the Ninth Circuit, which was granted by the Court [ECF No. 22];

6. On January 3, 2023, the Parties requested an extension until February 2, 2023 to submit their proposed discovery plan, as BONY's counsel needed additional time to confer with its client in light of the holidays.

7. While the proposed joint discovery plan has been drafted, the Parties need additional time to review and finalize the terms and are requesting an additional seven (7) days to do so, through and including February 9, 2023.

8. Counsel for NATIC does not oppose the requested extension;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     9.   This is the third request for an extension which is made in good faith and not for purposes

2       of delay.

3       **IT IS SO STIPULATED.**

4  DATED this 2nd day of February, 2023.       DATED this 2nd day of February, 2023.

5  WRIGHT, FINLAY & ZAK, LLP       SINCLAIR BRAUN LLP

6

7  */s/ Lindsay D. Dragon, Esq.*       */s/ Kevin S. Sinclair, Esq.*
   Lindsay D. Dragon, Esq.         Kevin S. Sinclair, Esq.

8     Nevada Bar No. 13474          Nevada Bar No. 12277

9     7785 W. Sahara Ave., Suite 200     16501 Ventura Blvd, Suite 400
   Las Vegas, Nevada 89117        Encino, California 91436

10  *Attorneys for Plaintiff, The Bank of New*   *Attorneys for Defendant, North American*
   *York Mellon, f/k/a The Bank of New York, as*  *Title Insurance Company*

11  *Trustee for the Certificateholders of the*

12  *CWALT, Inc., Alternative Loan Trust 2006-*
   *OA2 Mortgage Pass-Through Certificates,*

13  *Series 2006-OA2*

14

15

16

17                 IT IS SO ORDERED.

18

19                 _____

20                 Cam Ferenbach
               United States Magistrate Judge

21                       2-6-2023
               DATED _____

22

23

24

25

26

27

28